

# Missouri Court of Appeals
## Southern District

**OCTOBER 26, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33775

    Re:  IN THE INTEREST OF J.E.C.
    S.M.D.,
    Defendant-Appellant,
    v.
    TANEY COUNTY JUVENILE OFFICE,
    Plaintiff-Respondent.